**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| RemainCo Data Corporation, | Case No. 26-10103 |
| Debtor. | |

**SCHEDULES OF ASSETS AND LIABILITIES FOR**
**REMAINCO DATA CORPORATION (CASE NO. 26-10103)**

**Fill in this information to identify the case:**

Debtor name ___RemainCo Data Corporation_____

United States Bankruptcy Court for the: _____ District of __DE___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................  $ _____

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................  $ 190,594.42

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................  $ 190,594.42

---

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................................  $ 183,898,748.78

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................................  $ 0

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................................  + $ 10,623,260.52

4. **Total liabilities**..................................................................................................................................  $ 194,522,009.30
   Lines 2 + 3a + 3b

---

194,188,557.71

**Fill in this information to identify the case:**

Debtor name RemainCo Data Corporation

United States Bankruptcy Court for the: _____ District of DE
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $ $0

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Silicon Valley Bank | Checking | 0 7 5 7 | $ 98,094.42 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $ $0
   4.2. _____  $ $0

5. **Total of Part 1**  $ 98,094.42

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____  $ _____
   7.2. _____  $ _____

Debtor    RemainCo Data Corporation
Name

Case number *(if known)*_____

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____  $_____

   8.2._____  $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.          $_____

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less:    _____ – _____ = ........➔    $_____
                                        face amount            doubtful or uncollectible accounts

    11b. Over 90 days old:      _____ – _____ = ........➔    $_____
                                        face amount            doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.          $_____

## Part 4:    Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☒ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:

    15.1. Ikaika, Inc._____    100 ____%    $0    $ $0

    15.2._____    ____%                $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.          $ $0

---

Debtor   RemainCo Data Corporation
_____
Name

Case number *(if known)*_____

---

| **Part 5:** | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    RemainCo Data Corporation
          _____
          Name

Case number *(if known)*_____

**33.  Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34.  Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | $_____ | _____ | $_____ |
| **40.  Office fixtures** | $_____ | _____ | $_____ |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| **42.  Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43.  Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor  RemainCo Data Corporation
_____
Name

Case number (if known)_____

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    **RemainCo Data Corporation**
Name

Case number (if known)_____

---

| **Part 9:** | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** _____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| 65. **Goodwill** _____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

| Debtor | RemainCo Data Corporation | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = → $_____
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

**Nature of claim**    _____

**Amount requested**    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

**Nature of claim**    _____

**Amount requested**    $_____

76. **Trusts, equitable or future interests in property**

Balance of Vanek litigation retainer held in trust:  $15K paid with $8K on A/R. Ohaga Neyer LLP:  POC Dan Cravens - dcravens@ohaganmeyer.com    $ 7,000

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

RemainCo Data Corporation only has a residual interest in the bankruptcy retainers, estimated to be about:    See Schedule A/B 11 Attachment    $ $85,500

_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ $92,500

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor  RemainCo Data Corporation
_____
Name

Case number (*if known*)_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 98,094.42 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ - | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ - | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ - | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ - | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ - | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ - | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ - | |
| 88. **Real property.** *Copy line 56, Part 9.* ....................................➔ | | $ - |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ - | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ ~$92,500 | |
| 91. **Total.** Add lines 80 through 90 for each column.............................. 91a. | $ 190,594.42 | + 91b. $ - |

| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................................... | $ 190,594.42 |
|---|---|
| | as of 01/09/2026 |

**Fill in this information to identify the case:**

Debtor name __RemainCo Data Corporation__

United States Bankruptcy Court for the: _____ District of __DE__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1**

**Creditor's name**
Vista Credit Partners Capital Markets LLC

**Creditor's mailing address**
Vista Credit Partners Capital Markets LLC,
ATTN: David Flannery,
Four Embarcadero Center, 20th Floor,
San Francisco, CA 94111

**Creditor's email address, if known**
dflannery@vistacreditpartners.com

**Date debt was incurred**   January 13, 2021

**Last 4 digits of account number**    3  7  2  9

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
Creditor 2.1 & 2.2 have priority over all other secured creditors

**Describe debtor's property that is subject to a lien**
All tangible and intangible assets, including stock pledges

**Describe the lien**
Senior Secured Position w/UCC filings on all assets including DACA

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Column A: $ 1,924,017.79     Column B: $ 0

**2.2**

**Creditor's name**
Vista Credit Partners Capital Markets LLC

**Creditor's mailing address**
Vista Credit Partners Capital Markets LLC,
ATTN: David Flannery,
Four Embarcadero Center, 20th Floor,
San Francisco, CA 94111

**Creditor's email address, if known**
dflannery@vistacreditpartners.com

**Date debt was incurred**   January 13, 2021

**Last 4 digits of account number**    3  7  2  7

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☒ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**
All tangible and intangible assets, including stock pledges

**Describe the lien**
Senior Secured Position w/UCC filings on all assets including DACA

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Column A: $ 3,000,807.92     Column B: $ 0

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 194,522,009.30

Debtor **RemainCo Data Corporation**
_____
Name

Case number _(if known)_ _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the value | that supports this |
| | | of collateral. | claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** | **Creditor's name**

Atreides Arrakis Master Fund, LP

**Describe debtor's property that is subject to a lien**

All tangible and intangible assets

$ 1,734,931.73     $ 0

**Creditor's mailing address**

Atreides Arrakis Master Fund, LP,
1 International PL, Suite 4410,
Boston, MA 02110

**Describe the lien**
UCC filings on all assets

**Creditor's email address, if known**
ap@atreidesmmgmt.com

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Date debt was incurred** August 5, 2022 thru July 12, 2024

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

☒ No. Specify each creditor, including this creditor, and its relative priority.
This note is a Subordianted Senior Secured Note; subordinated to 2.1 & 2.2, priority over Subordinated Junior Secured Note

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.4** | **Creditor's name**

Atreides Foundation Master Fund LP

**Describe debtor's property that is subject to a lien**

All tangible and intangible assets

$ 10,820,415.49     $ 0

**Creditor's mailing address**

Atreides Arrakis Master Fund, LP,
1 International PL, Suite 4410,
Boston, MA 02110

**Describe the lien**
UCC filings on all assets

**Creditor's email address, if known**
ap@atreidesmgmt.com

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Date debt was incurred** August 5, 2022 thru July 12, 2024

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

☒ No. Specify each creditor, including this creditor, and its relative priority.
This note is a Subordianted Senior Secured Note; subordinated to 2.1 & 2.2, priority over Subordinated Junior Secured Note

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor   RemainCo Data Corporation
         _____
         Name

Case number (if known) _____

## Part 1:    Additional Page

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.5

**Creditor's name**
CV Consortio B LLC

**Creditor's mailing address**
CV Consortio B LLC,
320 N. Sangamon Street, Suite 1200,
Chicago ,IL 60607

**Creditor's email address, if known**
vpattipati@valorep.com

**Date debt was incurred**   August 5, 2022 thru July 12, 2024

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☒ No. Specify each creditor, including this creditor, and its relative priority.
      This note is a Subordinated Senior Secured Note; subordinated to 2.1 & 2.2, priority over Subordinated Junior Secured Notes

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
All tangible and intangible assets

**Describe the lien**
UCC filings on all assets

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Column A: $ 11,005,831.79    Column B: $ 0

### 2.6

**Creditor's name**
HNVR II, L.P.

**Creditor's mailing address**
HNVR II, L.P.,
4370 Apline Road,
Portola Valley, CA 94028

**Creditor's email address, if known**
jm@hnvr.com

**Date debt was incurred**   August 5, 2022 thru July 12, 2024

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☒ No. Specify each creditor, including this creditor, and its relative priority.
      This note is a Subordinated Senior Secured Note; subordinated to 2.1 & 2.2, priority over Subordinated Junior Secured Notes

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
All tangible and intangible assets

**Describe the lien**
UCC filings on all assets

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Column A: $ 1,655,203.47    Column B: $ 0

Debtor _____
RemainCo Data Crporation
Name

Case number (if known)_____

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.

---

**2.7**  **Creditor's name**

HNVR Technology Investment Partners, L.P.

**Creditor's mailing address**

HNVR Technology Investment Partners, L.P.,
4370 Apline Road,
Portola Valley, CA 94028

**Creditor's email address, if known**

jm@hnvr.com

**Date debt was incurred**  August 5, 2022 thru
July 12, 2024
**Last 4 digits of account
number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the
same property?**

☐ No
☒ Yes. Have you already specified the relative
priority?

☒ No. Specify each creditor, including this
creditor, and its relative priority.
This note is a Subordinated Senior Secured Note;
subordinated to 2.1 & 2.2,
priority over Subordinated Junior Secured Notes

☐ Yes. The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is subject to a lien**

All tangible and intangible assets

$ 5,445,393.93        $ 0

**Describe the lien**
UCC filings on all assets

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.8**  **Creditor's name**

NightDragon Growth I, L.P.

**Creditor's mailing address**

NightDragon Growth I, L.P.,
101 2nd Street, Suite 1275,
San Francisco, CA 94105

**Creditor's email address, if known**

morgan@nightdragon.com

**Date debt was incurred**  August 5, 2022 thru
July 12, 2024
**Last 4 digits of account
number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the
same property?**

☐ No
☒ Yes. Have you already specified the relative
priority?

☒ No. Specify each creditor, including this
creditor, and its relative priority.
This note is a Subordinated Senior Secured Note;
subordinated to 2.1 & 2.2,
priority over Subordinated Junior Secured Notes

☐ Yes. The relative priority of creditors is
specified on lines _____

**Describe debtor's property that is subject to a lien**

All tangible and intangible assets

$ 2,573,173.42        $ 0

**Describe the lien**
UCC filings on all assets

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

---

| Debtor | RemainCo Data Corporation | |
|---|---|---|
| | Name | |

Case number (if known)_____

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9** Creditor's name

Okeanos Venture Partners II LLC - Series 113

**Describe debtor's property that is subject to a lien**

All tangible and intangible assets

$ 355,721.27          $ 0

**Creditor's mailing address**

Okeanos Venture Partners II LLC - Series 113, based in Washington DC

**Describe the lien**

UCC filings on all assets

**Creditor's email address, if known**

aaron.berkey@okeanos.vc

**Is the creditor an insider or related party?**
- ☐ No
- ☒ Yes

**Date debt was incurred** July 12, 2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
- ☐ No
- ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☒ Yes. Have you already specified the relative priority?
  - ☒ No. Specify each creditor, including this creditor, and its relative priority.
    This note is a Subordinated Senior Secured Note; subordinated to 2.1 & 2.2, priority over Subordinated Junior Secured Notes
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

---

**2.10** Creditor's name

Okeanos Venture Partners II LLC - Series 119

**Describe debtor's property that is subject to a lien**

All tangible and intangible assets

$ 343,743.80          $ 0

**Creditor's mailing address**

Okeanos Venture Partners II LLC - Series 119, based in Washington DC

**Describe the lien**

UCC filings on all assets

**Creditor's email address, if known**

aaron.berkey@okeanos.vc

**Is the creditor an insider or related party?**
- ☐ No
- ☒ Yes

**Date debt was incurred** July 12, 2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
- ☐ No
- ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☒ Yes. Have you already specified the relative priority?
  - ☒ No. Specify each creditor, including this creditor, and its relative priority.
    This note is a Subordinated Senior Secured Note; subordinated to 2.1 & 2.2, priority over Subordinated Junior Secured Notes
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

---

Debtor  RemainCo Data Corporation
       Name
                                                    Case number (if known)_____

| Part 1: | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.11** Creditor's name

Okeanos Vintage Fund I, LP

**Creditor's mailing address**

Okeanos Vintage Fund I, LP, based in Washington DC

**Creditor's email address, if known**
aaron.berkey@okeanos.vc

**Date debt was incurred**  July 12, 2024
**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☒ No. Specify each creditor, including this creditor, and its relative priority.
    This note is a Subordinated Senior Secured Note; subordinated to 2.1 & 2.2, priority over Subordinated Junior Secured Notes
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All tangible and intangible assets

**Describe the lien**
UCC filings on all assets

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

$ 32,164.67       $ 0

---

**2.12** Creditor's name

Rhenium SOF I Premise 2023, LP

**Creditor's mailing address**

Rhenium SOF I Premise 2023, LP, 590 Pacific Avenue, San Francisco, CA 94133

**Creditor's email address, if known**
sean@westcap.com

**Date debt was incurred**  August 5, 2022 thru July 12, 2024
**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☒ No. Specify each creditor, including this creditor, and its relative priority.
    This note is a Subordinated Senior Secured Note; subordinated to 2.1 & 2.2, priority over Subordinated Junior Secured Notes
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All tangible and intangible assets

**Describe the lien**
UCC filings on all assets

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

$ 3,707,829.80       $ 0

---

Debtor __RemainCo Data Corporation_____    Case number (if known)_____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.13** Creditor's name

__Rhenium SOF I-A Premise 2023, LP__

**Creditor's mailing address**

__Rhenium SOF I-A Premise 2023, LP,__
__590 Pacific Avenue,__
__San Francisco, CA 94133__

**Creditor's email address, if known**
__sean@westcap.com__

**Date debt was incurred** __August 5, 2022 thru__
**Last 4 digits of account** __July 12, 2024__
**number**            ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☒ No. Specify each creditor, including this creditor, and its relative priority.
  __This note is a Subordinated Senior Secured Note;__
  __subordinated to 2.1 & 2.2,__
  __priority over Subordinated Junior Secured Notes__

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
__All tangible and intangible assets__

$ 8,559,443.70      $ 0

**Describe the lien**
__UCC filings on all assets__

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.14** Creditor's name

__Tao Invest VII LLC__

**Creditor's mailing address**

__Tao Invest VII LLC,__
__1 Letterman Drive, Bldg C, Suite 420,__
__San Francisco, CA 94129__

**Creditor's email address, if known**
__mbigliardi@taocap.com__

**Date debt was incurred** __August 5, 2022 thru__
**Last 4 digits of account** __July 12, 2024__
**number**            ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☒ No. Specify each creditor, including this creditor, and its relative priority.
  __This note is a Subordinated Senior Secured Note;__
  __subordinated to 2.1 & 2.2,__
  __priority over Subordinated Junior Secured Notes__

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
__All tangible and intangible assets__

$ 1,286,586.71      $ 0

**Describe the lien**
__UCC filings on all assets__

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor    RemainCo Data Corporation
_____
Name

Case number _(if known)_____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.15 Creditor's name**

Valor Equity Partners Opportunity Fund I L.P.

**Describe debtor's property that is subject to a lien**

All tangible and intangible assets

$ 12,625,096.58          $ 0

**Creditor's mailing address**

Valor Equity Partners Opportunity Fund I L.P.,
320 N. Sangamon Street, Suite 1200,
Chicago ,IL 60607

**Describe the lien**
UCC filings on all assets

**Creditor's email address, if known**
vpattipati@valorep.com

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Date debt was incurred** August 5, 2022 thru
**Last 4 digits of account number** July 12, 2024    ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.
   This note is a Subordinated Senior Secured Note;
   subordinated to 2.1 & 2.2,
   priority over Subordinated Junior Secured Notes

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.16 Creditor's name**

Valor Equity Partners Opportunity Fund I-A L.P.

**Describe debtor's property that is subject to a lien**

All tangible and intangible assets

$ 1,771,471.07          $ 0

**Creditor's mailing address**

Valor Equity Partners Opportunity Fund I-A L.P.,
320 N. Sangamon Street, Suite 1200,
Chicago ,IL 60607

**Describe the lien**
UCC filings on all assets

**Creditor's email address, if known**
vpattipati@valorep.com

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Date debt was incurred** August 5, 2022 thru
**Last 4 digits of account number** July 12, 2024    ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.
   This note is a Subordinated Senior Secured Note;
   subordinated to 2.1 & 2.2,
   priority over Subordinated Junior Secured Notes

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

| Debtor | RemainCo Data Corporation | Case number (if known)_____ |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.17** Creditor's name

Valor Equity Partners Opportunity Fund I-B L.P.

**Creditor's mailing address**

Valor Equity Partners Opportunity Fund I-B L.P.,
320 N. Sangamon Street, Suite 1200,
Chicago ,IL 60607

**Creditor's email address, if known**

vpattipati@valorep.com

**Date debt was incurred**  August 5, 2022 thru
July 12, 2024

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

  ☒ No. Specify each creditor, including this creditor, and its relative priority.

  This note is a Subordinated Senior Secured Note; subordinated to 2.1 & 2.2, priority over Subordinated Junior Secured Notes

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All tangible and intangible assets

$ 15,336,560.06          $ 0

**Describe the lien**

UCC filings on all assets

**Is the creditor an insider or related party?**

☐ No
☒ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.18** Creditor's name

Winslow Growth Capital Fund II, L.P.

**Creditor's mailing address**

Winslow Growth Capital Fund II, L.P.,
c/o Winslow Capital Management,
4400 IDS Tower, 80 S. 8th Street,
Minneapolis, MN 55402

**Creditor's email address, if known**

jwieneke@winscap.com

**Date debt was incurred**  August 5, 2022 thru
July 12, 2024

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Have you already specified the relative priority?

  ☒ No. Specify each creditor, including this creditor, and its relative priority.

  This note is a Subordinated Senior Secured Note; subordinated to 2.1 & 2.2, priority over Subordinated Junior Secured Notes

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All tangible and intangible assets

$ 13,967,681.85          $ 0

**Describe the lien**

UCC filings on all assets

**Is the creditor an insider or related party?**

☐ No
☒ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor __RemainCo Data Corporation_____  Case number (if known)_____
       Name

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.19** **Creditor's name**

Atreides Arrakis Master Fund, LP

**Describe debtor's property that is subject to a lien**

All tangible and intangible assets

$ 6,889,629.64    $ 0

**Creditor's mailing address**

Atreides Arrakis Master Fund, LP,
1 International PL, Suite 4410,
Boston, MA 02110

**Describe the lien**
UCC filings on all assets

**Creditor's email address, if known**
ap@atreidesmmgmt.com

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Date debt was incurred** August 5, 2022 thru July 12, 2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.
     This note is a Subordinated Junior Secured Note; subordinated to notes in 2.1 - 2.16

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**2.20** **Creditor's name**

CV Consortio B LLC

**Describe debtor's property that is subject to a lien**

All tangible and intangible US assets

$ 11,005,831.79    $ 0

**Creditor's mailing address**

CV Consortio B LLC,
320 N. Sangamon Street, Suite 1200,
Chicago ,IL 60607

**Describe the lien**
UCC filings on all assets

**Creditor's email address, if known**
vpattipati@valorep.com

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Date debt was incurred** August 5, 2022 thru July 12, 2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.
     This note is a Subordinated Junior Secured Note; subordinated to notes in 2.1 - 2.16

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

| Debtor | RemainCo Data Corporation | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.21**

**Creditor's name**

DRW Venture Capital, LLC

**Creditor's mailing address**

DRW Venture Capital, LLC,
540 West madison, 27th Floor,
Chicago, IL 60661

**Creditor's email address, if known**

ablankenship@drwvc.com

**Date debt was incurred** August 17, 2022 etc.

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
　☒ No. Specify each creditor, including this creditor, and its relative priority.
　　This note is a Subordinated Junior Secured Note; subordinated to notes in 2.1 - 2.16
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All tangible and intangible US assets

$ 3,509,337.47      $ 0

**Describe the lien**
UCC filings on all assets

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.22**

**Creditor's name**

HNVR II, L.P.

**Creditor's mailing address**

HNVR II, L.P.,
4370 Apline Road,
Portola Valley, CA 94028

**Creditor's email address, if known**

jm@hnvr.com

**Date debt was incurred** April 13, 2023 thru June 12, 2024

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　　This note is a Subordinated Junior Secured Note; subordinated to notes in 2.1 - 2.16
　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All tangible and intangible US assets

$ 368,616.76      $ 0

**Describe the lien**
UCC filings on all assets

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Debtor _____  Case number (if known) _____
RemainCo Data Corporation
Name

| **Part 1:** | **Additional Page** |
| --- | --- |

<table>
<tr><td></td><td>Column A<br>**Amount of claim**<br>Do not deduct the value of collateral.</td><td>Column B<br>**Value of collateral that supports this claim**</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.23** Creditor's name

HNVR Technology Investment Partners, L.P.

**Creditor's mailing address**

HNVR Technology Investment Partners, L.P.,
4370 Apline Road,
Portola Valley, CA 94028

**Creditor's email address, if known**

jm@hnvr.com

**Date debt was incurred** April 13, 2023 thru
June 12, 2024
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

   This note is a Subordinated Junior Secured Note; subordinated to notes in 2.1 - 2.16

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All tangible and intangible US assets

$ 2,985,426.68          $ 0

**Describe the lien**

UCC filings on all assets

**Is the creditor an insider or related party?**

☐ No
☒ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.24** Creditor's name

NightDragon Growth I, L.P.

**Creditor's mailing address**

NightDragon Growth I, L.P.,
101 2nd Street, Suite 1275,
San Francisco, CA 94105

**Creditor's email address, if known**

morgan@nightdragon.com

**Date debt was incurred** August 5, 2022 thru
July 12, 2024
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.

   This note is a Subordinated Junior Secured Note; subordinated to notes in 2.1 - 2.16

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All tangible and intangible US assets

$ 11,786,468.12          $ 0

**Describe the lien**

UCC filings on all assets

**Is the creditor an insider or related party?**

☐ No
☒ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor  RemainCo Data Corporation
_____
Name

Case number *(if known)*_____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.25** **Creditor's name**

Okeanos Venture Partners II LLC - Series 113

**Creditor's mailing address**

Okeanos Venture Partners II LLC - Series 113, based in Washington DC

**Creditor's email address, if known**
aaron.berkey@okeanos.vc

**Date debt was incurred**  July 12, 2024
**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.
   This note is a Subordinated Junior Secured Note; subordinated to notes in 2.1 - 2.16

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All tangible and intangible US assets

$ 355,721.27    $ 0

**Describe the lien**
UCC filings on all assets

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.26** **Creditor's name**

Ramona Peak, LLC

**Creditor's mailing address**

Ramona Peak, LLC,
19A Casa Way,
San Francisco, CA 94123

**Creditor's email address, if known**
maury@pierpointventures.com

**Date debt was incurred**  March 12, 2019 etc.
**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☒ No. Specify each creditor, including this creditor, and its relative priority.
   This note is a Subordinated Junior Secured Note; subordinated to notes in 2.1 - 2.16

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All tangible and intangible US assets

$ 135,220.19    $ 0

**Describe the lien**
UCC filings on all assets

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

| Debtor | RemainCo Data Corporation | | Case number *(if known)*_____ |
| | Name | | |

<table>
<tr><td></td><td><b>Part 1:</b></td><td><b>Additional Page</b></td><td><b>Column A</b><br>Amount of claim<br>Do not deduct the value<br>of collateral.</td><td><b>Column B</b><br>Value of collateral<br>that supports this<br>claim</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2⁷**

**Creditor's name**

Rhenium SOF I Premise 2023, LP

**Describe debtor's property that is subject to a lien**

All tangible and intangible US assets

$ 3,707,829.80          $ 0

**Creditor's mailing address**

Rhenium SOF I Premise 2023, LP,
590 Pacific Avenue,
San Francisco, CA 94133

**Describe the lien**

UCC filings on all assets

**Creditor's email address, if known**

sean@westcap.com

**Is the creditor an insider or related party?**

☐ No
☒ Yes

**Date debt was incurred** August 5, 2022 thru
July 12, 2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

☒ No. Specify each creditor, including this creditor, and its relative priority.
This note is a Subordinated Junior Secured Note; subordinated to notes in 2.1 - 2.16

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.2⁸**

**Creditor's name**

Rhenium SOF I-A Premise 2023, LP

**Describe debtor's property that is subject to a lien**

All tangible and intangible US assets

$ 2,126,510.15          $ 0

**Creditor's mailing address**

Rhenium SOF I-A Premise 2023, LP,
590 Pacific Avenue,
San Francisco, CA 94133

**Describe the lien**

UCC filings on all assets

**Creditor's email address, if known**

sean@westcap.com

**Is the creditor an insider or related party?**

☐ No
☒ Yes

**Date debt was incurred** August 5, 2022 thru
July 12, 2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

☒ No. Specify each creditor, including this creditor, and its relative priority.
This note is a Subordinated Junior Secured Note; subordinated to notes in 2.1 - 2.16

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

| Debtor | RemainCo Data Corporation | |
|---|---|---|
| | Name | |

Case number *(if known)* _____

---

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.29** **Creditor's name**

TAO Invest VI LLC

**Describe debtor's property that is subject to a lien**

All tangible and intangible US assets

$ 3,124,405.11          $ 0

**Creditor's mailing address**

Tao Invest VI LLC,
1 Letterman Drive, Bldg C, Suite 420,
San Francisco, CA 94129

**Describe the lien**

UCC filings on all assets

**Creditor's email address, if known**

mbigliardi@taocap.com

**Is the creditor an insider or related party?**

☐ No
☒ Yes

**Date debt was incurred** August 5, 2022 thru January 19, 2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

  ☒ No. Specify each creditor, including this creditor, and its relative priority.

    This note is a Subordinated Junior Secured Note; subordinated to notes in 2.1 - 2.16

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.30** **Creditor's name**

TAO Invest VII LLC

**Describe debtor's property that is subject to a lien**

All tangible and intangible US assets

$ 10,515,855.58          $ 0

**Creditor's mailing address**

Tao Invest VII LLC,
1 Letterman Drive, Bldg C, Suite 420,
San Francisco, CA 94129

**Describe the lien**

UCC filings on all assets

**Creditor's email address, if known**

mbigliardi@taocap.com

**Is the creditor an insider or related party?**

☐ No
☒ Yes

**Date debt was incurred** August 5, 2022 thru January 19, 2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☒ Yes. Have you already specified the relative priority?

  ☒ No. Specify each creditor, including this creditor, and its relative priority.

    This note is a Subordinated Junior Secured Note; subordinated to notes in 2.1 - 2.16

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

---

Debtor _____
Name

Case number (if known)_____

| | Column A | Column B |
|---|---|---|
| **Part 1:**  Additional Page | Amount of claim  Do not deduct the value of collateral. | Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.31** Creditor's name

Valor Equity Partners Opportunity Fund I L.P.

**Creditor's mailing address**

Valor Equity Partners Opportunity Fund I L.P.,
320 N. Sangamon Street, Suite 1200,
Chicago ,IL 60607

**Creditor's email address, if known**

vpattipati@valorep.com

**Date debt was incurred** August 5, 2022 thru
July 12, 2024
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☒ No. Specify each creditor, including this creditor, and its relative priority.
  This note is a Subordinated Junior Secured Note; subordinated to notes in 2.1 - 2.16
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All tangible and intangible US assets

$ 9,315,562.00     $ 0

**Describe the lien**
UCC filings on all assets

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.32** Creditor's name

Valor Equity Partners Opportunity Fund I-A L.P.

**Creditor's mailing address**

Valor Equity Partners Opportunity Fund I-A L.P.,
320 N. Sangamon Street, Suite 1200,
Chicago ,IL 60607

**Creditor's email address, if known**

vpattipati@valorep.com

**Date debt was incurred** August 5, 2022 thru
July 12, 2024
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☒ No. Specify each creditor, including this creditor, and its relative priority.
  This note is a Subordinated Junior Secured Note; subordinated to notes in 2.1 - 2.16
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All tangible and intangible US assets

$ 1,446,406.66     $ 0

**Describe the lien**
UCC filings on all assets

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

| Debtor | RemainCo Data Corporation |
|---|---|
| | Name |

Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the value of collateral. | that supports this claim |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.33** **Creditor's name**

Valor Equity Partners Opportunity Fund I-B L.P.

**Creditor's mailing address**

Valor Equity Partners Opportunity Fund I-B L.P.,
320 N. Sangamon Street, Suite 1200,
Chicago ,IL 60607

**Creditor's email address, if known**
vpattipati@valorep.com

**Date debt was incurred** August 5, 2022 thru July 12, 2024
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☒ No. Specify each creditor, including this creditor, and its relative priority.
  This note is a Subordinated Junior Secured Note; subordinated to notes in 2.1 - 2.16
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All tangible and intangible US assets

$ 12,538,225.49    $ 0

**Describe the lien**
UCC filings on all assets

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.34** **Creditor's name**

Winslow Growth Capital Fund II, L.P.

**Creditor's mailing address**

Winslow Capital Fund II, L.P.,
c/o Winslow Capital Management,
4400 IDS Tower, 80 S. 8th Street,
Minneapolis, MN 55402

**Creditor's email address, if known**
jwieneke@winscap.com

**Date debt was incurred** August 5, 2022 thru July 12, 2024
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☒ No. Specify each creditor, including this creditor, and its relative priority.
  This note is a Subordinated Junior Secured Note; subordinated to notes in 2.1 - 2.16
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All tangible and intangible US assets

$ 7,941,626.99    $ 0

**Describe the lien**
UCC filings on all assets

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

RemainCo Data Corporation

Debtor _____
Name

Case number (if known)_____

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park, New York, New York 10036<br>Attn: Dan Fisher; Ryan Kim, John Hill<br>Email: dfisher@akingump.com; kimr@akingump.com; jhillakingump.com | Line 2. 1 & 2.2 | 6292 & 3830 |
| McDermott Will & Emery LLP  415 Mission Street, Suite 5600, San Francisco, CA 94105-2616<br><br>PETER T. HEALY Tel +1 628 218 3840  |  Mobile +1 415 515 5367  |  Email peterhealy@mwe.com | Line 2. 12, 2.13, 2.27, 2.28 | ___ ___ ___ ___ |
| VedderPrice, 222 N. Lasalle Street, Chicago, IL 60601<br><br>David N. Swendsen, T +1 312 609 7627 | Line 2. 5, 2.15, 2.16, 2.17, 2.20, 2.31, 2.32, 2.33 | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor    RemainCo Data Corporation

United States Bankruptcy Court for the: _____ District of __DE__
                                                    (State)

Case number
(If known)    _____

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2**   Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.3**   Priority creditor's name and mailing address

_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:** $ _____    $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
ACLED Analysis, Inc.
361 Falls Rd #501
Grafton WI 53024

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 945

Basis for the claim:  Misc. Services

Date or dates debt was incurred  2/12/2023, 11/12/2022
3/12/2023, 1/12/2023
12/12/2022

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
Adam Karas
1441 West Cool Breeze Ct
Oro Valley, AZ 85737

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,105

Basis for the claim:  Lawyer - Reviews customer contracts

Date or dates debt was incurred  7/1/2022

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
Adobe Inc.
345 Park Avenue
San Jose CA 95110-2704

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25,225.22

Basis for the claim:  Pdf  provider (& Markato)

Date or dates debt was incurred  5/22/2025
8/1/2025

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
Amazon Business / Amazon Capital Services, Inc.,
PO Box 035184
Seattle WA 98124-5184

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,071.32

Basis for the claim:  IT Amazon Purchase

Date or dates debt was incurred  10/31/2023, 9/30/2023
8/31/2023, 11/1/2023

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
Amplitude Inc.
201 3rd Street, Suite 200
San Francisco CA 94103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 78,839.75

Basis for the claim:  Data & Analytics for App

Date or dates debt was incurred  9/30/2025

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
Apple Financial Services Powered
by De Lage Landen Financial Services,
P O Box 825736
Philadelphia PA 19182-5736

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 39,251.13

Basis for the claim:  Computer equipment

Date or dates debt was incurred  2/5/2024, 2/6/2024,
4/22/2025, 5/7/2024, 11/6/2023
10/8/2023, 12/7/2023

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Debtor    RemainCo Data Corporation
_____
Name                                                              Case number *(if known)*_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** | Nonpriority creditor's name and mailing address

Apple Store,
One Apple Park Way
Cupertino CA 95014

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Computers & accessories

$ 32,265.06

Date or dates debt was incurred    8/23/2023, 7/4/2023

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address

BGOV LLC  - Bloomberg Government,
731 Lexington Avenue
New York, NY 10022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Information Service

$10,788.92

Date or dates debt was incurred    10/1/2023

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address

Blinks Labs,
Sonnenallee 223 12059
Berlin, Germany

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Management Coaching UK

$ 11,850

Date or dates debt was incurred    3/1/2024

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address

Bowman Gilfillan Inc.,
11 Alice Lane , PO Box 785812
Sandton,  Johannesburg 2146 South Africa

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: M&A Legal Services

$ 31,187

Date or dates debt was incurred    12/1/2023, 1/29/2024

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address

BPM LLP
2001 North Main Street, Suite 360
Walnut Creek CA 94596

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: 2024 Audit work

$ 85,608.02

Date or dates debt was incurred    3/26/2025, 10/23/2025
12/2/2025, 7/28/2025

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    RemainCo Data Corporation
         Name

Case number *(if known)*_____

---

| Part 2: | Additional Page | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.12** Nonpriority creditor's name and mailing address

CENTRE INTERNATIONAL DE CONFÉRENCES
Rue de Varembé 9-11 – Case Postale 13 1211
Genève 20 Suisse  Switzerland

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 957.8

Basis for the claim:  Misc.

Date or dates debt was incurred    9/1/2023

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.13** Nonpriority creditor's name and mailing address

Chili Piper, Inc.
228 Park Ave S # 78136
New York, NY10003-1502

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,368.10

Basis for the claim:  Native Software Tool Provider

Date or dates debt was incurred    6/1/2023, 5/3/2023
5/1/2023, 5/2/2023
5/16/2023

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**314** Nonpriority creditor's name and mailing address

CIA Officers Memorial Foundation
2251 Corporate Park Drive, Suite 300
Herndon VA 20171

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15,000.00

Basis for the claim:  Marketing Expense

Date or dates debt was incurred    9/6/2023

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**315** Nonpriority creditor's name and mailing address

Clarion Events, Inc.
110 S Hartford Ave, Suite 200,
Tulsa OK 74120

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,775.00

Basis for the claim:  Marketing Expense

Date or dates debt was incurred    11/13/2023

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.16** Nonpriority creditor's name and mailing address

Conga
13699 Via Varra
Broomfield CO 80020

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,506.58

Basis for the claim:  Contract lifecycle mgmt.

Date or dates debt was incurred    2/1/2024

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| Debtor | RemainCo Data Corporation | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Credence Background Screening Limited
160 London Road
Sevenoaks Kent TN13 1BT    United Kingdom

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 422.57

Basis for the claim: Backroung Checks

Date or dates debt was incurred    7/31/2022

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

Creel,
García-Cuéllar, Aiza y Enríquez, S.C, Pedregal
24 Piso 24, Col. Molino del Rey
Ciudad de México, 11040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$12,438.10

Basis for the claim: Legal Services

Date or dates debt was incurred    10/9/2025

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

CRM Team Global Limited
1 Duckett's Wharf ( 2nd Floor)
South Street Bishop's Stortford Herts.
CM23 3AR United Kingdom

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,500.00

Basis for the claim: Software provider

Date or dates debt was incurred    9/14/2023

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

Cushman & Wakefield U.S., Inc.,
PO Box 9296
New York, New York 10087-9296

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,500.00

Basis for the claim: SF Office Real Estate Broker

Date or dates debt was incurred    11/30/2023

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

DC Government Paid Family Leave
PO Box 718269
Philadelphia PA 19171

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 3,055.40

Basis for the claim: Audit from circa ~2020

Date or dates debt was incurred    7/1/2025

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Debtor ___RemainCo Data Corporation___
    Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

Degree, Inc. dba Lattice
360 Spear Street, Floor 4
San Francisco CA 94105

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 4,032.00

Basis for the claim: People Ops software tool for Compensation benchmark

Date or dates debt was incurred ___2/1/2025___

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.23** Nonpriority creditor's name and mailing address

Donnelley Financial, LLC
P.O. Box 842282
Boston MA 02284-2282

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,931.50

Basis for the claim: Sales Representative

Date or dates debt was incurred ___10/31/2023___

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.24** Nonpriority creditor's name and mailing address

Emburse, Inc.
320 Cumberland Ave
Portland, ME 04101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,243.60

Basis for the claim: Native employees expense reporting

Date or dates debt was incurred ___12/28/2023, 1/1/2024___

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.25** Nonpriority creditor's name and mailing address

eTouch Systems Consulting
6627 Dumbarton Circle
Fremont, CA 94555

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 44,928.00

Basis for the claim: Eng. Contractors

Date or dates debt was incurred
10/12/2022, 8/31/2022, 8/31/2022
8/31/2022, 8/31/2022, 10/12/2022
10/12/2022, 8/31/2022, 10/12/2022
10/12/2022, 8/31/2022

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.26** Nonpriority creditor's name and mailing address

Ex ARRCADE Lionheart
HQ ARRC  Imjin Barracks
Gloucester Gloucs.
GL3 1HW   United Kingdom

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 848.54

Basis for the claim: Misc.

Date or dates debt was incurred ___8/31/2022___

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Debtor    RemainCo Data Corporation
_____
        Name

Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.27** | **Nonpriority creditor's name and mailing address**

FedEx
P.O. Box 7221
Pasadena CA 91109-7321

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 796.34

**Date or dates debt was incurred**   3/4/2025, 4/1/2025, 3/11/2025 4/8/2025, 2/4/2025, 5/1/2025 3/18/2025, 3/11/2025, 2/18/2025 3/25/2025, 2/4/2025, 3/4/2025 2/25/2025, 2/18/2025, 5/6/2025 2/11/2025, 4/15/2025, 4/1/2025

**Basis for the claim:**  Shipping

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

---

**3.28** | **Nonpriority creditor's name and mailing address**

GeakMinds, Inc.
23000 Birch Mead Road
Clarksburg MD 20871

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 32,499.99

**Basis for the claim:**  Technical Staff Augmentation

**Date or dates debt was incurred**   12/1/2024, 1/1/2025 2/1/2025

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

---

**3.29** | **Nonpriority creditor's name and mailing address**

Greenhouse Software, Inc.
228 Park Avenue S. PMB 14744
New York NY 10003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,348.89

**Basis for the claim:**  Candidate Recruitment Tool

**Date or dates debt was incurred**   9/29/2023, 12/20/2023

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

---

**3.30** | **Nonpriority creditor's name and mailing address**

Grellas Shah LLP
20400 Stevens Creek Blvd Suite 280
Cupertino CA 95014

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 631,368.12

**Basis for the claim:**  Legal Services

**Date or dates debt was incurred**   11/30/2023, 10/31/2023, 3/4/2024 2/2/2024, 1/31/2024, 12/1/2023 4/1/2024, 3/31/2024, 4/9/2024 1/31/2024, 1/12/2024

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

---

**3.31** | **Nonpriority creditor's name and mailing address**

HMSA
PO Box 860
Honolulu, HI 96808-0860

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,844.32

**Basis for the claim:**  Insurance Provider

**Date or dates debt was incurred**   11/16/2023, 11/1/2023 12/31/2023

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

---

Debtor    RemainCo Data Corporation
_____
Name

Case number (if known) _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.32** Nonpriority creditor's name and mailing address

IDeals Solutions Group
815 N Royal Street Suite 202
Alexandria VA 22314

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Data Room Swervices

Date or dates debt was incurred    8/5/2025, 7/5/2025

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 9,047.51

---

**333** Nonpriority creditor's name and mailing address

Impact Tech, Inc.
223 E. De La Guerra Street
Santa Barbara CA 93101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Expense

Date or dates debt was incurred    11/2/2023, 7/2/2023, 2/2/2024
1/1/2023, 1/2/2024, 12/2/2023
9/1/2023, 9/2/2023, 8/2/2023
10/2/2023

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,044.00

---

**3.34** Nonpriority creditor's name and mailing address

Incorporating Services, Ltd.
3500 South DuPont Hwy.
Dover DE 19901

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Incorporating Services

Date or dates debt was incurred    10/15/2025, 10/15/2025
11/18/2025, 11/18/2025
10/15/2025

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 600.00

---

**335** Nonpriority creditor's name and mailing address

Industrious WDC 650 Massachusetts Avenue NW LLC
650 Massachusetts Avenue NW Suite 600
Washington DC 20001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  CoWorking Sace

Date or dates debt was incurred    6/9/2025, 4/10/2025, 3/31/2025
5/9/2025, 6/10/2025, 5/10/2025
3/31/2025, 4/10/2025, 3/10/2025

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 50,901.10

---

**3.36** Nonpriority creditor's name and mailing address

ISC - International Support Consulting
Brian L Kent PhD
International Support Consulting
17919 Arbor Haven Drive
Tampa FL 33646

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Sales Representative

Date or dates debt was incurred    7/31/2023, 4/1/2023, 10/31/2023
1/31/2024, 9/30/2023, 12/22/2023
5/31/2023, 8/31/2023, 11/30/2023
4/30/2023, 6/30/2023

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 55,000.00

---

Debtor    RemainCo Data Corporation
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.37** Nonpriority creditor's name and mailing address

Jason L Jones
14210 Clarendon Dr.
Tampa FL 33624

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Consulting Services

Date or dates debt was incurred    5/1/2025

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 2,544.00

---

**3.38** Nonpriority creditor's name and mailing address

Kingsley Gate
PO Box 6326
Hermitage PA 16148

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Misc.

Date or dates debt was incurred    3/29/2023

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 46,333.33

---

**3.39** Nonpriority creditor's name and mailing address

Konica Minolta
Dept 22988
Pasadena CA 91185

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Equip. Rental & Serivces

Date or dates debt was incurred    9/1/2024, 9/1/2024, 9/1/2024
9/1/2024, 9/1/2024, 9/1/2024
9/1/2024,9/1/2024, 11/1/2023
5/1/2025, 9/1/2024, 11/1/2023
11/1/2023,11/1/2023, 9/1/2024
11/1/2023, 9/1/2024, 11/1/2023
9/1/2024, 11/1/2023

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 2,038.75

---

**3.40** Nonpriority creditor's name and mailing address

Labrys Advisory Ltd
Catalyst House
720 Centennial Avenue
Elstree  WD6 3SY United Kingdom

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Field Data Collector

Date or dates debt was incurred    9/30/2023, 9/7/2023

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 71,000.00

---

**3.41** Nonpriority creditor's name and mailing address

LatamReady LLC
12550 Biscayne Blvd Ste 110
Miami FL 33181

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  ERP Software System Integrator

Date or dates debt was incurred    8/5/2024, 11/19/2024

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 12,426.67

---

| Debtor | RemainCo Data Corporation | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.42** Nonpriority creditor's name and mailing address

Law Office of Byron F. Mellberg
131 Stony Circle, Suite 500
Santa Rosa CA 95401

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Legal Services

Date or dates debt was incurred    11/14/2023

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 480.00

---

**3.43** Nonpriority creditor's name and mailing address

Lewis Brisbois Bisgaard & Smith LLP.
633 West 5th St, Suite 4000
Los Angeles, CA 90071

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal Services

Date or dates debt was incurred    10/24/2025, 10/24/2025

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,840.00

---

**3.44** Nonpriority creditor's name and mailing address

Liftoff Mobile, Inc.
555 Bryan Street Suite 133
Palo Alto CA 94301

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Phone Services

Date or dates debt was incurred    11/30/2022, 11/1/2022
9/30/2022

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 34,096.65

---

**3.45** Nonpriority creditor's name and mailing address

LinkedIn Corporation
2029 Stierlin Ct
Mountain View CA 94043

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Expense

Date or dates debt was incurred    4/4/2025, 7/4/2025
8/1/2025

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 30,391.08

---

**3.46** Nonpriority creditor's name and mailing address

LNRS Data Services (XpertHR)
28428 Network Place
Chicago IL 60673-1284

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  HR Resource

Date or dates debt was incurred    11/21/2023

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 8,481.00

---

| Debtor | RemainCo Data Corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

<table>
<tr><td><b>Part 2:</b></td><td><b>Additional Page</b></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** | **Nonpriority creditor's name and mailing address**

Lynnbrook Consulting LLC

PO Box 3803

Winchester VA 22604

**Date or dates debt was incurred**  5/2/2025, 7/1/2025
4/2/2025, 6/3/2025

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**  Sales Representative

**Is the claim subject to offset?**
☒ No
☐ Yes

$  3,357.75

---

**3.48** | **Nonpriority creditor's name and mailing address**

M&C Investigaciones S.A.S.

Cra. 41 #71-61, Nte.
Centro Historico

Barranquilla, Atlantico Columbia

**Date or dates debt was incurred**  11/4/2023

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Legal Services

**Is the claim subject to offset?**
☒ No
☐ Yes

$  3,530.00

---

**3.49** | **Nonpriority creditor's name and mailing address**

Metro Services Group

900 Crow Canyon Road Suite S-329

Danville CA 94506

**Date or dates debt was incurred**  4/1/2023, 5/31/2023
4/15/2023, 3/15/2023, 515/2023

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Office parking

**Is the claim subject to offset?**
☒ No
☐ Yes

$  19,569.18

---

**3.50** | **Nonpriority creditor's name and mailing address**

Moonshot Legal LLP

8570 Rugby Drive

West Hollywood CA 90069

**Date or dates debt was incurred**  4/8/2025, 6/28/2025

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Legal services

**Is the claim subject to offset?**
☒ No
☐ Yes

$  1,755.00

---

**3.51** | **Nonpriority creditor's name and mailing address**

Morgan Lewis

1400 Page Mill Road

Palo Alto CA 94304

**Date or dates debt was incurred**  July 2025 (invoiced December 15, 2025 – company received January 7, 2026)

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Legal services

**Is the claim subject to offset?**
☒ No
☐ Yes

$  12,321.60

---

| Debtor | RemainCo Data Corporation | |
|---|---|---|
| | Name | Case number *(if known)* |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.52** Nonpriority creditor's name and mailing address

Nationwide

PO Box 183143

Columbus OH 43218-3143

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Pet Insurance

Date or dates debt was incurred    5/20/2024
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$   481.13

---

**3.53** Nonpriority creditor's name and mailing address

Northeast Cloud Solutions, LLC DBA Kubaru

17858 SW Richard Ct

Aloha OR 97007

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Cloud Storage Vendor

Date or dates debt was incurred    8/22/2023
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$   2,520.00

---

**3.54** Nonpriority creditor's name and mailing address

OpFocus, Inc.

200 F Main Street #317

Stoneham MA 02180

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:   Customized software solutions for Salesforce

Date or dates debt was incurred    7/4/2025
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$   10,000.00

---

**3.55** Nonpriority creditor's name and mailing address

Oracle America, Inc.

2300 Oracle Way

Austin TX 78741

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   ERP Software System

Date or dates debt was incurred    11/17/2025
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$   55,455.06

---

**3.56** Nonpriority creditor's name and mailing address

Pada Ventures, Inc. dba GroWrk

3534 Fifth Ave Unit 513

San Diego CA 92103

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Sales Tools

Date or dates debt was incurred    11/14/2023
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$   3,331.08

---

Debtor    RemainCo Data Corporation
          Name

Case number (if known) _____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.57** | **Nonpriority creditor's name and mailing address**

Prescient Comply, LLC

180 N Stetson Ave. Suite 2625

Chicago IL 60601

Date or dates debt was incurred        10/1/2023

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    Compliance Servces

Is the claim subject to offset?
☒ No
☐ Yes

$    4,998.00

---

**3.58** | **Nonpriority creditor's name and mailing address**

Prime Trust, LLC

330 S. Rampart Blvd Suite 260
Las Vegas NV 89145

Date or dates debt was incurred        8/1/2023

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Crypto Currency Service Provider

Is the claim subject to offset?
☒ No
☐ Yes

$    18,000.00

---

**3.59** | **Nonpriority creditor's name and mailing address**

Quirk Enterprises, Inc.

4662 Slater Road

Eagan MN 55122

Date or dates debt was incurred    10/15/2024, 10/8/2024

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Marketing Tool

Is the claim subject to offset?
☒ No
☐ Yes

$    2,690.00

---

**3.60** | **Nonpriority creditor's name and mailing address**

Redvolution Ecuador, S.A.S.
Av. 6 de Diciembre e Ignacio Bosano
Edificio Titanium Piso 8, Oficina 805

Quito Ecuador

Date or dates debt was incurred        5/11/2023

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Misc.

Is the claim subject to offset?
☒ No
☐ Yes

$    2,200.05

---

**3.61** | **Nonpriority creditor's name and mailing address**

SADA Systems, Inc.

5250 Lankershim Boulevard, Suite 620

North Hollywood CA 91601

Date or dates debt was incurred    6/12/2025, 7/1/2025, 5/30/2025
4/30/2025, 6/30/2025, 10/29/2024

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Google Cloud Services

Is the claim subject to offset?
☒ No
☐ Yes

$    8,880,325.73

---

| Debtor | RemainCo Data Corporation | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

### 3.62 Nonpriority creditor's name and mailing address

Sisense SF, Inc.

PO Box 2471

Woburn MA 01888

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 11,025.00

**Basis for the claim:** Visual analytics software tool

**Date or dates debt was incurred** 9/1/2023
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

### 3.63 Nonpriority creditor's name and mailing address

Society for International Development

2300 N St NW

Washington DC 20037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,900.00

**Basis for the claim:** IDEV Organzation

**Date or dates debt was incurred** 10/1/2023
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

### 3.64 Nonpriority creditor's name and mailing address

Sound Investment AV Dept., Ltd.

516 N Ogden Ave #175

Chicago IL 60642

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,154.00

**Basis for the claim:** AV Equip and Services

**Date or dates debt was incurred** 8/31/2022
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

### 3.65 Nonpriority creditor's name and mailing address

SPF China Basin Holdings, LLC

PO Box 748210

Los Angeles CA 90074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,524.51

**Basis for the claim:** San Francisco Landlord

**Date or dates debt was incurred** 8/1/2024
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

### 3.66 Nonpriority creditor's name and mailing address

Sterling Infosystems Inc. dba Sterling

PO Box 35626

Newark NJ 07193-5626

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 892.90

**Basis for the claim:** fingerprints for government security clearances

**Date or dates debt was incurred** 9/30/2025
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    RemainCo Data Corporation
          Name
                                                      Case number (if known)_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.67**

**Nonpriority creditor's name and mailing address**

Talkspace Networks LLC

2578 Broadway #607

New York NY 10025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 29,999.97

**Date or dates debt was incurred** 9/14/2023, 12/15/2023, 11/15/2023 10/15/2023, 8/15/2023, 7/15/2023 1/15/2024, 2/15/2024, 6/13/2024

**Basis for the claim:** Employee Benefit - counseling

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.68**

**Nonpriority creditor's name and mailing address**

The Kitchens Inc. DBA Forkable

5214F Diamond Hts Blvd #353

San Francisco CA 94131-2175

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,792.41

**Basis for the claim:** Food Delivery Service

**Date or dates debt was incurred** 1/31/2025, 12/31/2024, 2/28/2025

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.69**

**Nonpriority creditor's name and mailing address**

The Rendon Group, Inc.

1875 Connecticut Ave, Suite 716

Washington DC 20009

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75,000.00

**Basis for the claim:** Sales Consultant

**Date or dates debt was incurred** 12/1/2022, 2/1/2023, 9/30/2022 12/31/2022, 3/1/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.70**

**Nonpriority creditor's name and mailing address**

TMF Group B.V.
PO Box 23393
1100 DW

Amsterdam, Netherlands

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 7,100.00

**Basis for the claim:** Entity of Record service Provider

**Date or dates debt was incurred** 1/29/2024, 1/1/2024

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.71**

**Nonpriority creditor's name and mailing address**

Twilo

101 Spear Street, Suite 500

San Francisco CA 94105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 344.64

**Basis for the claim:** Native software sales tool

**Date or dates debt was incurred** 12/1/2023

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | RemainCo Data Corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.72** Nonpriority creditor's name and mailing address

VarcoMac LLC

1360 Blair Drive, Suite A

Odenton MD 21113

Date or dates debt was incurred    9/11/2023

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   DC Electrical Contractor

Is the claim subject to offset?
☒ No
☐ Yes

$            507.00

---

**3.73** Nonpriority creditor's name and mailing address

Vision Service Plan

PO Box 45210

San Francisco CA  94145-5210

Date or dates debt was incurred    7/18/2025

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Employee vision insurance provider

Is the claim subject to offset?
☒ No
☐ Yes

$            4.54

---

**3.74** Nonpriority creditor's name and mailing address

Workato, Inc.

215 Castro St., Suite 300

Mountain View CA 94041

Date or dates debt was incurred    8/1/2025

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:   Internal tool for coordinating across IT systems

Is the claim subject to offset?
☒ No
☐ Yes

$          20,000.00

---

**3.75** Nonpriority creditor's name and mailing address

Zayo Group, LLC

1821 30th Street - Unit A

Boulder CO 80301

Date or dates debt was incurred    4/1/2024, 7/1/2024, 6/1/2025, 11/1/2025, 8/1/2025, 7/1/2024, 5/1/2024, 2/1/2024, 9/1/2025, 3/1/2024, 5/1/2025, 12/1/2025, 9/1/2024, 10/1/2025

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:   Office Internet provider

Is the claim subject to offset?
☒ No
☐ Yes

$          8,077.21

---

**3.___** Nonpriority creditor's name and mailing address

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☐ No
☐ Yes

$

---

| Debtor | RemainCo Data Corporation | Case number *(if known)* |
|--------|---------------------------|--------------------------|
|        | Name                      |                          |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|--|--|--|---|
| 5a. | **Total claims from Part 1** | 5a. | $ 0 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $ $10,623,260.52 |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ $10,623,260.52 |

**Fill in this information to identify the case:**

Debtor name _____RemainCo Data Corporation_____

United States Bankruptcy Court for the:_____ District of ___DE___
(State)

Case number (If known): _____ Chapter ___7___

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | ERP Software System<br>NetSuite Product | Oracle America, Inc.<br>2300 Oracle Way<br>Austin, TX 78741<br>800 762 5524<br>www.netsuite.com |
| | State the term remaining | 2/15/2026 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Google Cloud Product | SADA Systems, Inc.<br>5250 Lankershim Blvd.<br>Los Angeles, CA 91601   Remittance Address:<br>SADA Systems, Inc<br>5250 Lankershim Blvd., Suite 620<br>North Hollywood, CA 91601<br>ATTN: Accounting |
| | State the term remaining | 9/26/2026 - but 'terminated' early for non-payment" with "0 days. Then invoiced balance of agreement | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | PDF and other software app services | Adobe Inc.<br>345 Park Ave.<br>San Jose, CA 95110<br>ATTN: Greg Simpson<br>Director of Finance Asst Controller |
| | State the term remaining | 01/31/2027 | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **RemainCo Data Corporation**

United States Bankruptcy Court for the: _____ District of __DE__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | **Check all schedules that apply:** |
| 2.1 RemainCo Data Holding Corporation | 32 Mercer Street *Street*<br>3rd FLR<br>New York / NY / 10013<br>*City / State / ZIP Code* | Vista Credit Partners <s>Capital markets LLC</s> | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 RemainCo Data Holding Corporation | 32 Mercer Street *Street*<br>3rd FLR<br>New York / NY / 10013<br>*City / State / ZIP Code* | Rhenium SOF I<br>Premise 2023, LP | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 RemainCo Data Holding Corporation | 32 Mercer Street *Street*<br>3rd FLR<br>New York / NY / 10013<br>*City / State / ZIP Code* | Valor Equity Partners<br>Opportunity Fund I L.P. | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 RemainCo Data Holding Corporation | 32 Mercer Street *Street*<br>3rd FLR<br>New York / NY / 10013<br>*City / State / ZIP Code* | Valor Equity Partners<br>Opportunity Fund I-B L.P. | ☒ D<br>☐ E/F<br>☐ G |
| 2.5 RemainCo Data Holding Corporation | 32 Mercer Street *Street*<br>3rd FLR<br>New York / NY / 10013<br>*City / State / ZIP Code* | Valor Equity Partners<br>Opportunity Fund I-A L.P. | ☒ D<br>☐ E/F<br>☐ G |
| 2.6 RemainCo Data Holding Corporation | 32 Mercer Street *Street*<br>3rd FLR<br>New York / NY / 10013<br>*City / State / ZIP Code* | NightDragon Growth I, L.P. | ☒ D<br>☐ E/F<br>☐ G |

Debtor    RemainCo Data Corporation
          Name                                                            Case number *(if known)*_____

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.7** RemainCo Data Holding Corporation | 32 Mercer Street<br>Street<br>3rd FLR<br>New York    NY    10013<br>City    State    ZIP Code | TAO Invest VII LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.8** RemainCo Data Holding Corporation | 32 Mercer Street<br>Street<br>3rd FLR<br>New York    NY    10013<br>City    State    ZIP Code | HNVR Technology Investment Management, L.P. | ☒ D<br>☐ E/F<br>☐ G |
| **2.9** RemainCo Data Holding Corporation | 32 Mercer Street<br>Street<br>3rd FLR<br>New York    NY    10013<br>City    State    ZIP Code | HNVR II, L.P. | ☒ D<br>☐ E/F<br>☐ G |
| **2.10** RemainCo Data Holding Corporation | 32 Mercer Street<br>Street<br>3rd FLR<br>New York    NY    10013<br>City    State    ZIP Code | CV Consortio B LLC | ☒ D<br>☐ E/F<br>☐ G |
| **2.11** RemainCo Data Holding Corporation | 32 Mercer Street<br>Street<br>3rd FLR<br>New York    NY    10013<br>City    State    ZIP Code | Winslow Growth Capital Fund II, L.P. | ☒ D<br>☐ E/F<br>☐ G |
| **2.12** RemainCo Data Holding Corporation | 32 Mercer Street<br>Street<br>3rd FLR<br>New York    NY    10013<br>City    State    ZIP Code | Atreides Foundation Master Fund, LP | ☒ D<br>☐ E/F<br>☐ G |
| **2.13** RemainCo Data Holding Corporation | 32 Mercer Street<br>Street<br>3rd FLR<br>New York    NY    10013<br>City    State    ZIP Code | Atreides Arrakis Master Fund, LP | ☒ D<br>☐ E/F<br>☐ G |
| **2.14** RemainCo Data Holding Corporation | 32 Mercer Street<br>Street<br>3rd FLR<br>New York    NY    10013<br>City    State    ZIP Code | Rhenium SOF I-A Premise 2023, LP | ☒ D<br>☐ E/F<br>☐ G |

Debtor  RemainCo Data Corporation
Name

Case number (if known)_____

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.15 RemainCo Data Holding Corporation | 32 Mercer Street<br>Street<br>3rd FLR<br>New York    NY    10013<br>City    State    ZIP Code | TAO Invest VI LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.16 RemainCo Data Holding Corporation | 32 Mercer Street<br>Street<br>3rd FLR<br>New York    NY    10013<br>City    State    ZIP Code | Ramona Peak, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.17 RemainCo Data Holding Corporation | 32 Mercer Street<br>Street<br>3rd FLR<br>New York    NY    10013<br>City    State    ZIP Code | DRW Venture Capital, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.18 RemainCo Data Holding Corporation | 32 Mercer Street<br>Street<br>3rd FLR<br>New York    NY    10013<br>City    State    ZIP Code | Okeanos Vintage Fund I, LP | ☒ D<br>☐ E/F<br>☐ G |
| 2.19 RemainCo Data Holding Corporation | 32 Mercer Street<br>Street<br>3rd FLR<br>New York    NY    10013<br>City    State    ZIP Code | Okeanos Venture Partners II LLC - Series 113 | ☒ D<br>☐ E/F<br>☐ G |
| 2.20 RemainCo Data Holding Corporation | 32 Mercer Street<br>Street<br>3rd FLR<br>New York    NY    10013<br>City    State    ZIP Code | Okeanos Venture Partners II LLC - Series 119 | ☒ D<br>☐ E/F<br>☐ G |
| 2.21 Ikaika, Inc. | 32 Mercer Street<br>Street<br>3rd FLR<br>New York    NY    10013<br>City    State    ZIP Code | Okeanos Venture Partners II LLC - Series 119 | ☒ D<br>☐ E/F<br>☐ G |
| 2.22 Ikaika, Inc. | 32 Mercer Street<br>Street<br>3rd FLR<br>New York    NY    10013<br>City    State    ZIP Code | Okeanos Venture Partners II LLC - Series 113 | ☒ D<br>☐ E/F<br>☐ G |

Debtor    RemainCo Data Corporation
          Name

Case number *(if known)*_____

| | |
|---|---|
| ▮ | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.23 | Ikaika Inc. | 32 Mercer Street <br> Street <br> 3rd FLR <br> New York NY 10013 <br> City State ZIP Code | Vista Credit Partners Capital Markets LLC | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.24 | Ikaika, Inc. | 32 Mercer Street <br> Street <br> 3rd FLR <br> New York NY 10013 <br> City State ZIP Code | Rhenium SOF I Premise 2023, LP | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.25 | Ikaika, Inc. | 32 Mercer Street <br> Street <br> 3rd FLR <br> New York NY 10013 <br> City State ZIP Code | Valor Equity Partners Opportunity Fund I L.P. | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.26 | Ikaika, Inc. | 32 Mercer Street <br> Street <br> 3rd FLR <br> New York NY 10013 <br> City State ZIP Code | Valor Equity Partners Opportunity Fund I-A L.P. | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.27 | Ikaika, Inc. | 32 Mercer Street <br> Street <br> 3rd FLR <br> New York NY 10013 <br> City State ZIP Code | Valor Equity Partners Opportunity Fund I-B L.P. | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.28 | Ikaika, Inc. | 32 Mercer Street <br> Street <br> 3rd FLR <br> New York NY 10013 <br> City State ZIP Code | NightDragon Growth I, L.P. | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.29 | Ikaika, Inc. | 32 Mercer Street <br> Street <br> 3rd FLR <br> New York NY 10013 <br> City State ZIP Code | TAO Invest VI LLC | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.30 | Ikaika, Inc. | 32 Mercer Street <br> Street <br> 3rd FLR <br> New York NY 10013 <br> City State ZIP Code | TAO Invest VII LLC | ☒ D <br> ☐ E/F <br> ☐ G |

Debtor  RemainCo Data Corporation
_____
Name

Case number *(if known)*_____

| | |
|---|---|
| ⬛ | **Additional Page if Debtor Has More Codebtors** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** — Mailing address | | **Name** | *Check all schedules that apply:* |

---

**2.31** Ikaika, Inc.

32 Mercer Street
Street
3rd FLR
New York          NY          10013
City          State          ZIP Code

HNVR Technology
Investment Management, L.P.

☒ D
☐ E/F
☐ G

---

**2.32** Ikaika, Inc.

32 Mercer Street
Street
3rd FLR
New York          NY          10013
City          State          ZIP Code

HNVR II, L.P.

☒ D
☐ E/F
☐ G

---

**2.33** Ikaika, Inc.

32 Mercer Street
Street
3rd FLR
New York          NY          10013
City          State          ZIP Code

CV Consortio B LLC

☒ D
☐ E/F
☐ G

---

**2.34** Ikaika, Inc.

32 Mercer Street
Street
3rd FLR
New York          NY          10013
City          State          ZIP Code

Winslow Growth
Capital Fund II, L.P.

☒ D
☐ E/F
☐ G

---

**2.35** Ikaika, Inc.

32 Mercer Street
Street
3rd FLR
New York          NY          10013
City          State          ZIP Code

Atreides Foundation
Master Fund, LP

☒ D
☐ E/F
☐ G

---

**2.36** Ikaika, Inc.

32 Mercer Street
Street
3rd FLR
New York          NY          10013
City          State          ZIP Code

Atreides Arrakis
Master Fund, LP

☒ D
☐ E/F
☐ G

---

**2.37** Ikaika, Inc.

32 Mercer Street
Street
3rd FLR
New York          NY          10013
City          State          ZIP Code

Rhenium SOF I-A
Premise 2023, LP

☒ D
☐ E/F
☐ G

---

**2.38** Ikaika, Inc.

32 Mercer Street
Street
3rd FLR
New York          NY          10013
City          State          ZIP Code

Ramona Peak, LLC

☒ D
☐ E/F
☐ G

---

Debtor    RemainCo Data Corporation
_____
Name

Case number *(if known)*_____

■ **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.39 | Ikaika, Inc. | 32 Mercer Street <br> Street <br> 3rd FLR <br> New York    NY    10013 <br> City    State    ZIP Code | DRW Venture Capital, LLC | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.40 | Ikaika, Inc. | 32 Mercer Street <br> Street <br> 3rd FLR <br> New York    NY    10013 <br> City    State    ZIP Code | Okeanos Vintage Fund I, LP | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.__ | | Street <br><br> City    State    ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ | | Street <br><br> City    State    ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ | | Street <br><br> City    State    ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ | | Street <br><br> City    State    ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ | | Street <br><br> City    State    ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ | | Street <br><br> City    State    ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name __RemainCo Data Corporation__

United States Bankruptcy Court for the: _____ District of __DE__
                                                                        (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration __Corporate Ownership Statement__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/30/2026__          ✗ _____
             MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                     __Neil J. Minihane__
                                     Printed name

                                     __Authorized Signer__
                                     Position or relationship to debtor

**RemainCo Data Corporation**
**Schedule 206 A/B, 77**
**Assets not reported elsewhere on this form**

| Company | Role | Retainer Paid | Amount of Retainer Remaining |
| --- | --- | --- | --- |
| Morris, Nichols, Arsht & Tunnell | Company's DE bankruptcy counsel | $38,000 | ~$10,000 |
| Greensfelder LLP | Company's restructuring counsel during winddown period | $50,000 | ~$20,000 |
| Turn Works LLC | Company's Chief Restructuring Officer | $37,500 | $37,500 |