**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| RemainCo Data Corporation, | Case No. 26-10103 |
| Debtor. | |

**List of Creditors of RemainCo Data Corporation**

I, Neil J. Minihane, Chief Restructuring Officer/Interim Executive of RemainCo Data Corporation (the "Debtor"), declare under penalty of perjury that I have reviewed the List of Creditors submitted herewith, pursuant to Rule 1007-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, containing the complete list of creditors of the Debtor, and hereby verify that the information contained therein is complete, true and correct to the best of my knowledge.

The information contained in the List of Creditors is based on a review of the Debtor's books and records. However, the Debtor has not completed a comprehensive legal and/or factual investigation with regard to possible defenses to any claims of the potential claimants included in the List of Creditors. In addition, certain of the entities included in the List of Creditors may not hold outstanding claims as of the date hereof, and thus may not be creditors of the Debtor for purposes of this chapter 7 case but are included herein for notice purposes out of an abundance of caution.

Therefore, the List of Creditors does not and should not be deemed to constitute: (1) an acknowledgement that any person or entity listed currently holds a claim against the Debtor; (2) an acknowledgement of the allowability, in whole or in part, of any claim asserted by any person

or entity listed; or (3) a waiver of any right or legal position of the Debtor.

Dated: January 30, 2026                                          /s/ *Neil J. Minihane*
                                                                 Neil J. Minihane

| RemainCo Data Corporation | | | Creditor Matrix | |
|---|---|---|---|---|
| Creditor Name | Address | Email | Phone Number | Redacted |
| ACLED Analysis, Inc. | ACLED Analysis, Inc., 361 Falls Rd #501 Grafton WI 53024 | finance@acleddata.com | 1 (262) 302-0379 | |
| Adam Karas | Address on file | | | Y |
| Adobe Inc. | Adobe Inc. 345 Park Avenue San Jose CA 95110-2704 | ababcock@adobe.com | | |
| Amazon Business / Amazon Capital Services, Inc. | Amazon Business / Amazon Capital Services, Inc., PO Box 035184 Seattle WA 98124-5184 | victoria.staples@trustaltus.com | | |
| Amplitude Inc. | Amplitude Inc.,201 3rd Street, Suite 200 San Francisco CA 94103 | finance@amplitude.com, billing@amplitude.com | 949-322-3861 | |
| Apple Financial Services Powered by De Lage Landen Financial Services | Apple Financial Services Powered by De Lage Landen Financial Services, P O Box 825736 Philadelphia PA 19182-5736 | cashapplication@leasedirect.com | 1 (800) 957-1664 | |
| Apple Store | Apple Store, One Apple Park Way Cupertino CA 95014 | JeffKelly@arscollects.com | | |
| Atreides Arrakis Master Fund LP | Atreides Arrakis Master Fund LP, 1 International PL, Suite 4410, Boston, MA 02110 | ap@atreidesmgmt.com | 617 422-0000 | |
| Atreides Foundation Master Fund LP | Atreides Foundation Master Fund LP, 1 International PL, Suite 4410, Boston, MA 02110 | ap@atreidesmgmt.com | 617 422-0000 | |
| BGOV LLC  - Bloomberg Government | BGOV LLC  - Bloomberg Government, 731 Lexington Avenue New York, NY 10022 | aperez326@bloomberg.net | 1 (212) 318-2000 | |
| Blinks Labs | Blinks Labs, Sonnenallee 223 12059 Berlin, Germany Germany | invoice@blinkist.com | | |
| Bowman Gilfillan Inc | Bowman Gilfillan Inc., 11 Alice Lane , PO Box 785812 Sandton,  Johannesburg 2146 South Africa | satish.bhagwandeen@bowmanslaw.com | +27 11 669 9000 | |
| BPM LLP | BPM LLP, 2001 North Main Street, Suite 360 Walnut Creek CA 94596 | AR@bpm.com | (925) 296-1040 | |
| CENTRE INTERNATIONAL DE CONFÉRENCES, GENÈVE | CENTRE INTERNATIONAL DE CONFÉRENCES, GENÈVE, Rue de Varembé 9-11 – Case Postale 13 1211 Genève 20 Suisse  Switzerland | | | |
| Chili Piper, Inc. | Chili Piper, Inc., 228 Park Ave S # 78136 New York, NY10003-1502 | ar@chilipiper.com | 678-982-6303 | |
| CIA Officers Memorial Foundation | CIA Officers Memorial Foundation, 2251 Corporate Park Drive, Suite 300 Herndon VA 20171 | scholarships@ciamemorialfoundation.org | | |
| Clarion Events, Inc. | Clarion Events, Inc., 110 S Hartford Ave, Suite 200, Tulsa OK 74120 | Credit@clarionevents.com | 1 (918) 831-9500 | |
| Conga | Conga, 13699 Via Varra Broomfield CO 80020 | bbarrameda@conga.com | | |
| Credence Background Screening Limited | Credence Background Screening Limited, 160 London Road Sevenoaks Kent TN13 1BT   United Kingdom | | +44 1732 748900 | |
| Creel, García-Cuéllar, Aiza y Enríquez, S.C | Creel, García-Cuéllar, Aiza y Enríquez, S.C, Pedregal 24, Piso 24, Col. Molino del Rey, Ciudad de México, 11040 | ricardo.morales@creel.mx | 52 (55) 4748-0600 Ext.470 | |
| CRM Team Global Limited | CRM Team Global Limited, 1 Duckett's Wharf ( 2nd Floor) South Street Bishop's Stortford Herts. CM23 3AR United Kingdom | A.Yousaf@cedarsbiz.com | | |

| RemainCo Data Corporation | | | Creditor Matrix | |
|---|---|---|---|---|
| **Creditor Name** | **Address** | **Email** | **Phone Number** | **Redacted** |
| Cushman & Wakefield U.S., Inc. | Cushman & Wakefield U.S., Inc., PO Box 9296 New York, New York 10087-9296 | ar.usa@cushwake.com | | |
| CV Consortio B LLC | CV Consortio B LLC, 320 N. Sangamon Street, Suite 1200, Chicago, IL 60607 | vpattipati@valorep.com | 312 568-4700 | |
| DC Government Paid Family Leave | DC Government Paid Family Leave, PO Box 718269 Philadelphia PA 19171 | jordan.overton1@dc.gov | | |
| Degree, Inc. dba Lattice | Degree, Inc. dba Lattice, 360 Spear Street, Floor 4 San Francisco CA 94105 | jenn@lattice.com | | |
| Donnelley Financial, LLC | Donnelley Financial, LLC, P.O. Box 842282 Boston MA 02284-2282 | Accounts-Receivable@dfinsolutions.com | (650) 845-6631 | |
| DRW Venture Capital,LLC | DRW Venture Capital,LLC, 540 West Madison, 27th Flr., Chicago, IL 60661 | ablankenship@drwvc.com | 312-925-8744 | |
| Emburse, Inc. | Emburse, Inc., 320 Cumberland Ave Portland, ME 04101 | billing@ar.emburse.com | 1 (877) EMBURSE | |
| eTouch Systems Consulting | eTouch Systems Consulting, 6627 Dumbarton Circle, Fremont, CA 94555 | virtusabilling@virtusa.com | | |
| Ex ARRCADE Lionheart | Ex ARRCADE Lionheart, HQ ARRC  Imjin Barracks Gloucester Gloucs. GL3 1HW   United Kingdom | Dawn.Walsh900@mod.gov.uk | 0044 (0)1452 718099 | |
| FedEx | FedEx, P.O. Box 7221 Pasadena CA 91109-7321 | | | |
| GeakMinds, Inc. | GeakMinds, Inc., 23000 Birch Mead Road Clarksburg MD 20871 | accounts@geakminds.com | (703) 349-7131 | |
| Greenhouse Software, Inc. | Greenhouse Software, Inc., 228 Park Avenue S. PMB 14744 New York NY 10003 | accounting@greenhouse.io | 1 (917) 780-4130 | |
| Grellas Shah LLP | Grellas Shah LLP, 20400 Stevens Creek Blvd Suite 280 Cupertino CA 95014 | ds@grellas.com | | |
| HMSA | HMSA, PO Box 860 Honolulu, HI 96808-0860 | | | |
| HNVR II, LP | HNVR II, LP, 4370 Apline Road, Portola Valley, CA 94028 | jm@hnvr.com | 650 206-9813 | |
| HNVR Technology Investment Partners, LP | HNVR Technology Investment Partners, LP, 4370 Apline Road, Portola Valley, CA 94028 | jm@hnvr.com | 650 206-9813 | |
| IDeals Solutions Group | IDeals Solutions Group, 815 N Royal Street Suite 202 Alexandria VA 22314 | billing@idealscorp.com | 1 (646) 905-0442 | |
| Impact Tech, Inc. | Impact Tech, Inc.,223 E. De La Guerra Street Santa Barbara CA 93101 | | | |
| Incorporating Services, Ltd. | Incorporating Services, Ltd., 3500 South DuPont Hwy., Dover DE 19901 | aarchambault@incserv.com | 800.346.4646 | |
| Industrious WDC 650 Massachusetts Avenue NW LLC | Industrious WDC 650 Massachusetts Avenue NW LLC, 650 Massachusetts Avenue NW Suite 600 Washington DC 20001 | dcmtvernontriangle@industriousoffice.com | (202) 221-6864 | |

| RemainCo Data Corporation | | | Creditor Matrix | |
|---|---|---|---|---|
| **Creditor Name** | **Address** | **Email** | **Phone Number** | **Redacted** |
| ISC - International Support Consulting | ISC - International Support Consulting, Brian L Kent PhD International Support Consulting 17919 Arbor Haven Drive Tampa FL 33646 | brian.kent@K3-ENTERPRISES.COM | | |
| Jason L Jones | Address on file | | | Y |
| Kingsley Gate | Kingsley Gate, PO Box 6326 Hermitage PA 16148 | billing@kingsleygate.com | | |
| Konica Minolta | Konica Minolta, Dept 22988 Pasadena CA 91185 | scolin@kmbs.konicaminolta.us | | |
| Labrys Advisory Ltd | Labrys Advisory Ltd, Catalyst House 720 Centennial Avenue Elstree WD6 3SY United Kingdom | steve.p@labrysgroup.org | | |
| LatamReady LLC | LatamReady LLC, 12550 Biscayne Blvd Ste 110 Miami FL 33181 | daniela.espitia@latamready.com | | |
| Law Office of Byron F. Mellberg | Law Office of Byron F. Mellberg, 131 Stony Circle, Suite 500 Santa Rosa CA 95401 | byronmellberg@gmail.com | | |
| Lewis Brisbois Bisgaard & Smith LLP | Lewis Brisbois Bisgaard & Smith LLP., 633 West 5th St, Suite 4000, Los Angeles, CA 90071 | Lynda.Andrews@lewisbrisbois.com | | |
| Liftoff Mobile, Inc. | Liftoff Mobile, Inc., 555 Bryan Street Suite 133 Palo Alto CA 94301 | support@liftoff.io | | |
| LinkedIn Corporation | LinkedIn Corporation, 2029 Stierlin Ct Mountain View CA 94043 | ar@linkedin.com | | |
| LNRS Data Services (XpertHR) | LNRS Data Services (XpertHR), 28428 Network Place Chicago IL 60673-1284 | USCustomerAccounts@lexisnexisrisk.com | 1 (800) 628-0860 | |
| Lynnbrook Consulting LLC | Lynnbrook Consulting LLC, PO Box 3803 Winchester VA 22604 | ctroup@lynnbrookconsulting.com | 1 (703) 919-7908 | |
| M&C INVESTIGACIONES S.A.S. | M&C INVESTIGACIONES S.A.S., Cra. 41 #71-61, Nte. Centro Historico, Barranquilla, Atlantico Colombia | mycinvestigacionsas@gmail.com | +57 301 4787320 | |
| Metro Services Group | Metro Services Group, 9000 Crow Canyon Road Suite S-329 Danville CA 94506 | BILLING@METROSERVICES.COM | | |
| Moonshot Legal LLP (Previously 42 Tech Law) | Moonshot Legal LLP (Previously 42 Tech Law), 8570 Rugby Drive West Hollywood CA 90069 | adam@moonshotlegal.com | | |
| Morgan Lewis LLP | Morgan Lewis LLP, 1400 PageMill Road, Palo Alto, CA 94304 | dionne.hughes@morganlewis.com | 650 843-4000 | |
| Nationwide | Nationwide, P.O. Box 183143 Columbus, OH 43218-3143 | membergroups@nationwide.com | 800-540-2016 | |
| NightDragon Growth I, LP | NightDragon Growth I, LP, 101 2nd Street, Suite 1275, San Francisco, CA 94105 | morgan@nightdragon.com | 415-658-7778 | |
| Northwest Cloud Solutions, LLC DBA Kubaru | Northwest Cloud Solutions, LLC DBA Kubaru, 17858 SW Richard Ct Aloha OR 97007 | billing@kubaru.io | (503) 726-8381 | |
| Okeanos Venture Partners II LLC - Series 113 | Okeanos Venture Partners II LLC - Series 113, based in Washington DC | aaron.berkey@okeanos.vc | 202-680-8480 | |
| Okeanos Venture Partners II LLC - Series 119 | Okeanos Venture Partners II LLC - Series 119, based in Washington DC | aaron.berkey@okeanos.vc | 202-680-8480 | |

| RemainCo Data Corporation | | | Creditor Matrix | |
|---|---|---|---|---|
| **Creditor Name** | **Address** | **Email** | **Phone Number** | **Redacted** |
| Okeanos Vintage Fund I, LP | Okeanos Vintage Fund I, LP, based in Washington DC | aaron.berkey@okeanos.vc | 202-680-8480 | |
| OpFocus, Inc | OpFocus, Inc., 200 F Main Street #317 Stoneham, MA 02180 | ar@opfocus.com | (781) 214-7415 | |
| Oracle America Inc. /NetSuite | Oracle America, Inc., 2300 Oracle Way, Austin, TX 78741 | bryan.korman@oracle.com; dan.noehring@oracle.com | 800 762 5524 | |
| Pada Ventures, Inc. dba GroWrk | Pada Ventures, Inc. dba GroWrk, 3534 Fifth Ave Unit 513 San Diego CA 92103 | hello@growrk.com | (510) 646-5071 | |
| Prescient Comply , LLC | Prescient Comply, LLC, 180 N Stetson Ave. , Suite 2625 Chicago IL 60601 | accountsreceivable@prescient.com | (312) 667-0647 | |
| Prime Trust, LLC | Prime Trust, LLC, 330 S. Rampart Blvd Suite 260 Las Vegas NV 89145 | jack@primetrust.com | | |
| Quirk Enterprises, Inc. | Quirk Enterprises, Inc., 4662 Slater Road Eagan MN 55122 | accounting@quirks.com | (651) 379-6200 x214 | |
| Ramona Peak, LLC | Ramona Peak, LLC, 19A Casa Way, San Francisco, CA 94123 | maury@pierpointventures.com | 925-997-7974 | |
| Redvolution Ecuador, S.A.S. | Redvolution Ecuador, S.A.S., Av. 6 de Diciembre e Ignacio Bosano,  Edificio Titanium, Piso 8, Oficina 805,  Quito Ecuador | | +593 99 569 2289 | |
| Rhenium SOF I Premise 2023, LP | Rhenium SOF I Premise 2023, LP, 590 Pacific Avenue, San Francisco, CA 94133 | sean@westcap.com | 617-768-7576 | |
| Rhenium SOF I-A Premise 2023, LP | Rhenium SOF I-A Premise 2023, LP, 590 Pacific Avenue, San Francisco, CA 94133 | sean@westcap.com | 617-768-7576 | |
| SADA Systems, Inc. | SADA Systems, Inc., 5250 Lankershim Boulevard, Suite 620 North Hollywood CA 91601 | collections@sada.com | (818) 697-6926 | |
| Sisense SF, Inc. | Sisense SF, Inc., PO Box 2471 Woburn MA 01888 | rfatalo@rmccash.com | 888-529-1706 | |
| Society for International Development | Society for International Development, 2300 N St NW Washington DC 20037 | generalinquiries@sid-us.org | (202) 331-1317 | |
| Sound Investment AV Dept., Ltd. | Sound Investment AV Dept., Ltd., 516 N Ogden Ave #175 Chicago, IL 60642 | | | |
| SPF China Basin Holdings, LLC | SPF China Basin Holdings, LLC, PO Box 748210 Los Angeles CA 90074 | par@mccarthycook.com | 1 (415) 543-3521 | |
| Sterling Infosystems Inc dba Sterling | Sterling Infosystems Inc. dba Sterling, PO Box 35626 Newark, NJ 07193-5626 | JahnMaika.Osea@fadv.com, AccountsReceivable@sterlingcheck.com | 678-451-1705, 1-800-853-3228 | |
| Talkspace Network LLC | Talkspace Networks LLC, 2578 Broadway #607 New York, NY 10025 | | | |
| Tao Invest VII LLC | Tao Invest VII LLC, 1 Letterman Drive, Bldg C, Suite 420, San Francisco, CA 94129 | mbigliard@taocap.com | 415-549-4986 | |
| The Kitchens Inc. DBA Forkable | The Kitchens Inc. DBA Forkable, 5214F Diamond Hts Blvd # 353 San Francisco CA 94131-2175 | payments@forkable.com | 1 (415) 707-5562 | |

| **RemainCo Data Corporation** | | | **Creditor Matrix** | |
|---|---|---|---|---|
| **Creditor Name** | **Address** | **Email** | **Phone Number** | **Redacted** |
| The Rendon Group, Inc | The Rendon Group, Inc, 1875 Connecticut Ave, Suite 716 Washington DC 20009 | mcopia@rendon.com | (202) 745-4900 | |
| TMF Group B.V. | TMF Group B.V., P.O. Box 23393, 1100 DW Amsterdam, The Netherlands | paulina.wieczerzycka@tmf-group.com | | |
| Twilo | Twilo, 101 Spear Street, Suite 500 San Francisco, CA 94105 | help@twilio.com | +1 415-227-9968 | |
| Valor Equity Partners Opportunity Fund I LP | Valor Equity Partners Opportunity Fund I LP, 320 N. Sangamon Street, Suite 1200, Chicago, IL 60607 | vpattipati@valorep.com | 312 568-4700 | |
| Valor Equity Partners Opportunity Fund I-A LP | Valor Equity Partners Opportunity Fund I-A LP, 320 N. Sangamon Street, Suite 1200, Chicago, IL 60607 | vpattipati@valorep.com | 312 568-4700 | |
| Valor Equity Partners Opportunity Fund I-B LP | Valor Equity Partners Opportunity Fund I-B LP, 320 N. Sangamon Street, Suite 1200, Chicago, IL 60607 | vpattipati@valorep.com | 312 568-4700 | |
| VarcoMac, LLC | VarcoMac, LLC, 1360 Blair Drive, Suite A Odenton MD 21113 | jharvey@varcomac.com | (301) 317-7900 | |
| Vision Service Plan | Vision Service Plan, PO BOX 45210 SAN FRANCISCO CA 94145-5210 | VSPBilling@vsp.com | | |
| Vista Credit Partners Capital Markets LLC | Vista Credit Partners Capital Markets LLC, ATTN David Flannery, Four Embarcadero Center, 20th Flr, San Francisco, CA 94111 | dflannery@vistacreditpartners.com | 1-312-7568665 | |
| Winslow GrowthCapital Fund II, LP | Winslow GrowthCapital Fund II, LP, c/o Winslow Capital Management, 4400 IDS Tower, 80 S. 8th Street, Minneapolis, MN 55402 | jwieneke@wincap.com | 612-376-9124 | |
| Workato, Inc. | Workato, Inc. 215 Castro St., Suite 300 Mountain View, CA 94041 | billing@workato.com | | |
| Zayo Group, LLC | Zayo Group, LLC 1821 30th Street - Unit A Boulder CO 80301 | customerservice@zayo.com | (800) 390-6094 option 3 | |